March 12, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

HARRIS COUNTY HOSPITAL DISTRICT, Appellant

NO. 14-15-00006-CV                    V.

ANTHONY ROBERTS, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on December 12, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Harris County Hospital District.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.